MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
**ARMSTRONG TEASDALE LLP**
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@armstrongteasdale.com

DANIEL O'TOOLE, ESQ. (will comply with LR IA 11-2 within 45 days)
Missouri Bar No. 38051
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
Telephone: 314.621.5070
Facsimile: 314.621.5065
dotoole@armstrongteasdale.com

*Attorneys for Defendant Keefe Commissary Network,
LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHANA REYES,<br><br>    Plaintiff,<br><br>  vs.<br><br>KEEFE GROUP, LLC and DOE Defendants I-X,<br><br>    Defendants. | Case No.: 3:18-cv-00004-LRH-WGC<br><br>**UNOPPOSED MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT AND ORDER**<br><br>**[FIRST REQUEST]** |

    Defendant Keefe Commissary Network, LLC (incorrectly identified in the Complaint as Keefe Group, LLC) ("Keefe"), by and through its counsel, Armstrong Teasdale LLP, hereby respectfully requests an extension of Keefe's deadline to respond to the Complaint from February 7, 2018, to **March 5, 2018**. Plaintiff Johana Reyes ("Reyes") has consented to the requested extension. This is the first request to extend this particular deadline.

    On January 4, 2018, Reyes filed her Complaint against Keefe alleging claims for sexually hostile work environment, disability discrimination, and retaliation. *See* ECF No. 1. The Summons

1

and Complaint were served on Keefe on January 17, 2018. *See* ECF No. 4. Therefore, pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Keefe's response to the Complaint is due on February 7, 2018.

On February 5, 2018, undersigned counsel contacted Reyes' counsel to discuss stipulating to extend Keefe's response deadline. Reyes' counsel agreed to continue Keefe's answer deadline from February 7, 2018, to March 5, 2018. Counsels, however, were not able to agree on language for a stipulation, therefore, Keefe files this unopposed motion.

Good cause for this extension exists. Counsel for Keefe was recently retained, and therefore, requires additional time to adequately review and consider this matter in anticipation of responding to the Complaint. This short extension will not prejudice any parties nor affect any current deadlines because this case is still in its infancy – no parties have answered the Complaint and a case management order had not been entered. This stipulation is entered into in good faith and is not intended to unduly delay the proceedings.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, Keefe requests that an order be entered extending the deadline for Keefe to respond to the Complaint from February 7, 2018, to **March 5, 2018**.

Dated this 7th day of February, 2018.

ARMSTRONG TEASDALE, LLP

By: _/s/ Michelle D. Alarie_____
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169
    Telephone: 702.678.5070
    Facsimile: 702.878.9995
    malarie@armstrongteasdale.com

    DANIEL O'TOOLE, ESQ.
    Missouri Bar No. 38051
    7700 Forsyth Boulevard, Suite 1800
    St. Louis, Missouri 63105
    dotoole@armstrongteasdale.com

    *Attorneys for Defendant Keefe Commissary Network, LLC*

## ORDER

**IT IS SO ORDERED.**

William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE

DATED:___February 7, 2018_____