MARK MAUSERT
Nevada State Bar No. 2398
CODY OLDHAM
Nevada State Bar No. 14594
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477 Telephone
(775) 786-9658 Facsimile
mark@markmausertlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHANA REYES,<br><br>    Plaintiff,<br>vs.<br><br>KEEFE GROUP, LLC and DOES Defendants I-X,<br><br>    Defendants.<br>_____ / | Case No.: 3:18-cv-0004-LRH-WGC<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PROPER IDENTIFICATION OF DEFENDANT** |

    Plaintiff, by and through her attorneys, MARK MAUSERT and CODY OLDHAM, and Defendant, Keefe Commissary Network, LLC, by and through its attorneys, MICHELLE ALARIE and DANIEL O'TOOLE, Armstrong Teasdale, hereby agree and stipulate to substitute in Defendant's name of Keefe Commissary Network, LLC in lieu of Keefe Group, LLC.

//
//
//
//
//

The parties further agree and stipulate that the Clerk of the Court shall amend the case caption to reflect the substitution, so that the case caption reads: Johana Reyes v. Keefe Commissary Network, LLC and DOES Defendants I-X

DATED this 17th day of April, 2018.

By: /s/ Mark Mausert
    Mark Mausert
    Cody Oldham
    729 Evans Avenue
    Reno, NV 89512

*Attorneys for Plaintiff*

By: /s/ Michelle Alarie
    Michelle Alarie
    Daniel O'Toole
    Armstrong Teasdale
    3770 Howard Hughes Pkwy., Suite 200
    Las Vegas, NV 89169

*Attorneys for Defendant*

IT IS SO ORDERED.

DATED this 17th day of April, 2018.

*[signature: William G. Cobb]*
United States Magistrate Judge