# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHANA REYES, | Case No.: 3:18-cv-00004-LRH-WGC |
| Plaintiff, | |
| vs. | *AMENDED* STIPULATION FOR DISMISSAL WITH PREJUDICE |
| KEEFE COMMISSARY NETWORK, LLC and DOES I-X, | |
| Defendants. | |

Plaintiff, JOHANA REYES, and Defendant, KEEFE COMMISSARY NETWORK, LLC, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

///

///

///

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

DATED this 6th day of September, 2018.

MARK MAUSERT LAW OFFICE

By: ___/s/ Mark Mausert
MARK MAUSERT
CODY OLDHAM

*Attorneys for Plaintiff*

DATED this 6th day of September, 2018.

ARMSTRONG TEASDALE

By: ___/s/ Daniel O'Toole
DANIEL K. O'TOOLE
MICHELLE D. ALARIE

*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED this 7th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE